1  Jeremy T. Bergstrom, Esq.  E-filed on <u>September 18, 2009</u>
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94929

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS
6  SERVICING, L.P.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re, | BK No.: BK-S-09-26589-BAM |
|---|---|
| DOUGLAS BRADLEY OLIVER AND VIOLETA OLIVER, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

>  Jeremy T. Bergstrom, Esq.
>  MILES, BAUER, BERGSTROM & WINTERS, LLP
>  2200 Paseo Verde Pkwy., Suite 250
>  Henderson, NV  89052
>  PH (702) 369-5960

                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    September 17, 2009        By:    /s/ Jeremy T. Bergstrom, Esq.
                                    _____
                                    Jeremy T. Bergstrom, Esq.
                                    Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   September 18, 2009  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Andrew F. Dixon
Bowler Dixon & Twitchell, LLP
400 N. Stephanie St., Ste. 235
Henderson, NV 89014

CHAPTER 7 TRUSTEE:
Timothy S. Cory
8831 W. Sahara Ave.
Las Vegas, NV 89117

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

  /s/ Stacey L. Werner
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-94929/rfsnlv.dot/slw)**

2